UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JULIE BUSH, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

MANSUETO VENTURES LLC, a Delaware limited liability company,

        Defendant.
_____/

Case No. 15-cv-13716

Paul D. Borman
United States District Judge

ORDER DENYING WITHOUT PREJUDICE
PLAINTIFF'S MOTION FOR CLASS CERTIFICATION (ECF NO. 2)

On October 20, 2015, simultaneous with the filing of the Complaint, Plaintiff filed a Motion to Certify Class. (ECF No. 2, Motion to Certify Class.) Plaintiff explained that the motion was being filed as a precautionary measure to thwart any effort by Defendant to "pick off" Plaintiff's claim in an effort to moot her representative claim. Since the filing of the motion, the Supreme Court has issued its opinion in *Campbell-Ewald Co. v. Gomez*, 136 S. Ct. 663 (2016), the parties have submitted a joint discovery plan, and the Court has set a cut-off date of October 24, 2016, for the filing of Plaintiff's motion for class certification. The Court determines that there is no need to leave the placeholder motion pending and will therefore DENY WITHOUT PREJUDICE Plaintiff's Motion for Class Certification (ECF No. 2).

IT IS SO ORDERED.

        s/Paul D. Borman
        PAUL D. BORMAN
        UNITED STATES DISTRICT JUDGE

Dated: September 19, 2016

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on September 19, 2016.

s/Deborah Tofil
Case Manager