# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| JULIE BUSH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MANSUETO VENTURES LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 2:15-cv-13716<br><br>Honorable Paul D. Borman |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Julie Bush and Defendant Mansueto Ventures LLC hereby stipulate to Plaintiff's voluntary dismissal of this action without prejudice. Rule 41(a)(1)(A)(ii) provides, in relevant part, that "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." As such, and because no class has been certified in this matter, *see* Fed. R. Civ. P. 41(a)(A), this matter may be dismissed without an order of the Court.

**IT IS SO STIPULATED.**

Dated: October 21, 2016            **JULIE BUSH**,

                                   By: /s/ Ari J. Scharg

                                   Ari J. Scharg
                                   ascharg@edelson.com

1

        ced;Benjamin S. Thomassen
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Henry M. Scharg (P28804)
hmsattyatlaw@aol.com
LAW OFFICE OF HENRY M. SCHARG
718 Ford Building
Detroit, Michigan 48226
Tel: 248.596.1111
Fax: 248.496.1578

*Counsel for Plaintiff*

**MANSUETO VENTIURES LLC**

Dated: October 21, 2016          By: /s/ Robert M. Jackson

Robert M. Jackson (P40723)
HONIGMAN MILLER SCHWARTZ AND COHN, LLP
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226
(313) 465-7430
rjackson@honigman.com

*Attorneys for Defendant Mansueto Ventures LLC*

## **CERTIFICATE OF SERVICE**

      I, Ari J. Scharg, an attorney, certify that on October 21, 2016, I served the above and foregoing document by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                                                /s/ Ari J. Scharg