UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JULIE BUSH,

       Plaintiff,

                                             Case No. 15-cv-13716

v.                                    Honorable Paul D. Borman

MANSUETO VENTURES LLC,

       Defendant.

_____/

## ORDER OF DISMISSAL

On October 21, 2016, the parties filed a stipulation to dismiss Plaintiff's claims against Defendant without prejudice. Accordingly, it is **ORDERED** that the above matter is **DISMISSED** without prejudice.

                                             s/Paul D. Borman
                                             PAUL D. BORMAN
                                             UNITED STATES DISTRICT JUDGE

Dated: November 16, 2016

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on November 16, 2016.

                                             s/Deborah Tofil
                                             Case Manager